And at this time, we'll go to the regular calendar. First thing we'll hear is the bail motion in the United States versus Bridges. Good morning. Good morning, may I proceed? By all means. Morning, your honors. I represent Marquez Bridges in this bail application to the circuit from the Eastern District. Essentially, to get to the heart of the matter, the argument is this. That Judge Ross, in deciding that the totality of the government's argument, and finding that there was clear and convincing evidence of my client's dangerousness, failed. Why? Because when you look at each individual, I guess, spoke in the wheel, they fail. And they go through them, and this was the argument that we're advancing. And the government's trying to counter it, but they fail to satisfy it. For instance, the first issue that I want to raise is the issue about blood affiliation, that my client is part of a gang. The judge used that as a determining factor, saying that was part of the totality. What we're able to show effectively, though, there was no linkage of his alleged blood membership to any type of criminal activity. Either in the case that is being litigated or prosecuted in the Eastern District, or with respect to any of the government's proffers about violence or violent acts. I mean, the bloods, what they do is crime. This is not the fruit of the month club. Your honor, that is true, but there are basketball players who are bloods. There are rap singers who are bloods. I'm not saying that it's great to be a blood, your honor. I would have want my son to be a blood. But the point is, that in and of itself doesn't show that you're involved in criminal activity. There's different types of blood, so to speak. But the point was, the government should have linked that activity, saying, okay, he's a blood, and he was doing this for the bloods. That never happened during our bail hearings. But the judge also relied on the fact that your client was detected saying that he sells guns by the dozen. Your honor, in terms of the merits of the case, and that's a fair factor under 3142, that is. And we have the tapes, and I had to more or less, I can't discredit my client's voice. And that was, in seriousness, we don't really look at that spoke as the strongest one in terms of pushing back against Judge Ross's determination. The government has presented its case, that's a fair inference for her to draw. So, I have to let that one stay as it is. But in going further, your honor, in terms of her decisions, for instance, she said, in terms of the domestic violence incident that the government proffered about my client using a firearm. As we unpacked that issue during the bail hearings, it was first presented as this domestic violence incident. It was sort of without basis, sort of this act. And then when I did my investigation, I was able to get the Nali prosecuting from the state of Georgia and show that what happened is my client put a justification defense. I was able to show that he was a lawful firearm possessor. He used it in defense. And the case was withdrawn by the complainant for some specious reason as I look at it. It was his brother-in-law. His brother-in-law. Well, it's one of these family disputes. But then the judge says, well, it shows that he's sort of a wantonness, a willingness to use guns under any circumstance. But that's not a fair reference to draw under those circumstances. So if the judge got that spoke wrong, and we unpacked it, and she should not have relied upon it. What about the intercepted message about leaving the jurisdiction? Well, at that time, let me unpack that a little bit, your honor. One, he wasn't under any sort of condition. He could leave if he wanted to. Where was this intercepted? The intercept was in March of 2016 before his arrest. So he's under no condition, under no restriction at all. So what he's talking about is basically you have a very skillful cooperator who's sort of a bully. He brings up the topic of violence each time. And the judge got it right in the first instance when she said, I didn't know whether this was a grudging, get me off, get off. She noted that he raised the issues each time. And then asked for the government to provide the tapes. And the government said they could get them within an hour. And they decided not to provide them. And then the government, and it got sort of confusing, but the government now has clarified. Part of the judge's determination was this, that the government stopped the acts of violence. But it turned out, in terms of the rival shooting, this is called the so-called rival shooting, the government took no action to prevent it. It never went forward. After three months, the government heard about it, never intercepted him. They arrested him in July. So they didn't need to stop him because nothing ever happened. And then the other issue with respect to this Cease Matthews, Ashanti Cease Matthews, this other issue that they said they did prevent, we just have the government's proffer. But every time they proffer, they get it wrong. So how can it be clear and convincing evidence when their proffers are always mistaken? It's not reasonable. And the last thing, Your Honor, is this. With respect to the bloods, the government made a proffer that said while he was at the NDC, that he made suggestive phone calls that he was going to drop a cooperator. And then when we get the tapes, the government comes back and says, no, that's not correct. because that's absolutely right, they're not correct, because there's nothing about violence in that. Drop a cooperator would seem to be ambiguous. Well, it's ambiguous, but when you listen to the tapes in the government, they conceded it in their submissions to the judge, saying simply, they don't show that he was going to do any act of violence. Because that's the context of the conversations. They don't show that. So each time they proffer, they get it wrong. So on this one aspect, we're supposed to trust them, but we can't at this point. And I'm not questioning their motives. I'm just simply saying they're getting it wrong, and it's not reasonable for a district judge to credit them. The bail package was sufficient, electronic monitoring, home detention, home detention, excuse me. And thank you, Your Honor, I see I'm over my time. And you reserved a minute's rebuttal. Thank you. We shall hear you then, Ms. Houston. Ms. Paul. Good morning. May it please the court, Rena Paul for the government. I'm just going to start by just making a factual correction about the MDC calls that Mr. Houston just referenced. Initially, when we presented the call to Judge Ross, we indicated that we hadn't listened to the call, that we had received a call from the MDC indicating that they had intercepted a phone call that was threatening. Upon our review, we proffered to the court and presented actually the calls and transcripts that showed, not that it was a threatening call, but that it was a call by the defendant alerting other members of the Bloods that he was in jail and asking for their protection, so to speak, in jail. So we offered it then as support of our proffer that the defendant was part of the Bloods. What about dropping this person? Well, dropping a cooperator is not what the tape showed. That was what was initially said to us by the representative of the MDC when we got the calls. It showed that he was reaching out to other Blood members. And- And the shooting incident, he had a license for the gun, a permit. That appears to be so, Your Honor, yes. He did have a license to carry the gun. But in terms of the just- He said it was self-defense. Yes, Mr. Houston alleges that it was self-defense. The prosecutor somewhere thought that was good enough. Well, respectfully, Judge, the record, the justification claim was made before Judge Ross and was made in Georgia by the defense. But the records that we presented to the court, there was no support for a justification defense. What the records demonstrated was that the defendant was in a confrontation with his girlfriend's brother. Whereupon he pulled out a gun and shot the brother in the leg. There was evidence in the records that we put forth that at least one witness said that the defendant walked out of the room and returned to the room with a gun. But nevertheless, the more important point is that the records do not support the justification defense that Mr. Houston now raises. It is a speculative defense and Judge Ross properly saw it as so when she dismissed it. I see some evidence of dangerousness here, I suppose, but I certainly don't see clear and convincing evidence.  Yes, Your Honor. So taken together, the government offered a number of factors that supported the judge's finding of clear and convincing evidence of dangerousness. To begin, the nature and the circumstances of the offense, which Mr. Houston did not challenge, the court's assessment- That's bootstrapping because the offices like yours don't prosecute trivial cases, all of your cases are significant. And so if the nature of the charges were dispositive, nobody would get bailed. So what's next? Well, I respectfully disagree, Your Honor, and it's one of the, the nature and the circumstances of the offense is one of the factors- This man has no criminal record. It's not like he is someone who goes around the street beating up people or shooting people. He has no, is that, no criminal convictions? He has no criminal convictions, that's true. He had a criminal conviction for a misdemeanor case. Wouldn't you concede that most people who are clearly dangerous have at least some prior record to ground that in, to ground that conclusion? I wouldn't agree, Judge. I mean, in my experience, some of the most dangerous people have no record. But in this case, beyond the circumstances of the offense, which involved the transfer of a large quantity of guns with a group of people, the government proffered that the defendant was involved in plots to kill in two different murder conspiracies. A plot to kill rivals and a plot to kill a relative of one of the co-conspirators charged in his indictment. And certainly, that was clear and convincing evidence of his dangerousness. He, as Judge Ross noted, he was willing to travel to another state in order to participate in one or both of those plots to kill, and taken together with his access to guns. Is there evidence of this beyond the colloquy with CC1? The evidence of the plots to kill. To travel, yeah. To travel, was the transcript that we provided to the court of the two calls from March 2016 with CC1. Yes, and so I'm taking together his plots to kill two different individuals. Coupled with his gang membership, which we offered, proffered and supported with evidence, including Instagram photographs of him making gang signs and the prison call, which I referred to earlier. Taken together with that and the shooting in Georgia, all supported a finding of dangerousness. So before you go, though, let me ask you one additional question. The terms of the bail package are obviously in the record, but why is it the government's, I don't understand the government's position that there are no conditions of release that could be satisfactory. Why, we can enhance this bail package. So respectfully, perhaps if the issue was risk of flight, the package, the sufficiency of the package detaining him in the home or other things that might make it difficult for him to travel would be sufficient. But given the clear and convincing evidence of dangerousness, any package, it's the government's position would be insufficient. Let me ask you about that. The defense counsel is asking essentially for the reinstatement of the conditions imposed in the northern district of Georgia. Is that right? Basically? I believe he proffered a home in addition, which was not offered up in Georgia. That was an unusually light, shall we say, determination by the magistrate judge. I mean, very different, obviously, from that imposed by Judge Ross. How do you explain the magistrate judge's decision with respect to the same individual? Did the record change so greatly between Atlanta and New York? It did, Your Honor. In Atlanta, we did not put forth evidence of the murder plots, of the plots to kill both the rivals and the victims. All we put before the magistrate court there was the defendant's blood, gang membership, and the nature and circumstances of the offense. So are there any, what evidence of these plots exist beyond the two snippets from the two conversations? That we put before Judge Ross, that is the totality of the evidence that we put before Judge Ross. So the government had no independent evidence of the existence of these plots? I mean, did you identify any of his co-conspirators? Did you, was the existence verified other than through intercepted phone calls with jailhouse informants? Well, Judge, if you're asking me in general, we were then, as we are now, dealing with safety issues. That was why we were sort of resistant to give over the tapes initially before Judge Ross. But what we put before Judge Ross is just the transcript. So in terms of what she relied upon in her determination, that's what we relied on. That transcript did involve a statement that he was willing to be flown up to New York in order to accomplish the murder of this person. Is that right? Yes. Thank you.  Thank you, Rebuttal. Just a couple of brief points to talk about the murder plots. One thing that the government really has admitted, and I'm going to say this name so it's loud and clear, Ashanti Cease Matthews. She's on bail. She's supposedly one of the plotters for the murder. And that should resonate and ring loud. She's the person they're talking about in the conversation. That's the person she once killed. She is bailed. So she's not been charged. She's not been indicted. Who set the bail? I believe the Eastern District set the bail. I could be wrong about that. Who in the Eastern, what does that mean? Excuse me, I believe it could be the magistrate, your honor. I'd have to look at the record, but there's no dispute she is on bail as we speak. But this may not be very significant, but it may be relevant that the judicial officer who acted on her bail was not the same judicial officer who acted on bail here and who had a different record before the judicial officer. Your honor, I really take your point. But the point is the government controlled the record in her bail hearing. They should, if they really thought that was a real plot, then why didn't they put it in front of that magistrate for Ms. Reese, I mean, Cease Matthews? If they really believe it, why not proffer it then? If it's really about their responsibility, the fact that they're picking and choosing undermines their credibility with respect to the proffers. That's the point. With the indulgence of the presiding judge, could we ask the government to answer the question that's posed?  So, yes. You've posed the question, you've finished your time, the government maybe can answer the question. Your honor, I just want- I mean, the only thing, it's clear, it's not entirely fair to whip them with an argument, which is an open question that they're not entitled to answer, so I'd like to hear their answer. And I'm fine with them having that opportunity, your honor. Just two points, also. My client owns a home that was assessed down in Georgia. He's gainfully employed, and he's willing to put up his home. We upped the amount of the package. No equity. No, there's very little equity, your honor, in all fairness. There's maybe about $10,000 worth of equity in it. But for him, a person of modest means, that's a substantial investment. That would be basically his life savings, what he's been trying to earn. So, since he's not a person of wealth, and then also, we put up seven shorters. And I do think moral suasion means something in that analysis. I know it's only a district court decision I put in front of the judge, but I think that's a fair, and we know that that regularly occurs. There's a balancing. So, your honor, thank you, and we'll hear from the government. Ms. Palm. Yes, Judge. To answer the question of Ms. Cease-Matthews' bail, is the question before the court? Ms. Cease-Matthews was released on bail, and from the government's view of the plot, Ms. Cease-Matthews asked a co-conspirator and Mr. Bridges to kill this individual. And the phone calls that we put forth before the court were conversations between those two co-conspirators about their plot to go and carry out this action, which was desired by their co-conspirator. So, we put forth that evidence before the court, and Ms. Cease-Matthews is out on bail. I believe it's secured by a shirter, but- Well, how do you, I mean, to answer, he has a question. He's puzzled as to why she is out on bail. She's not being detained pending trial, and his client is. What explains that, since, according to your own statement just now, it appears that she was an integral part of a plot to kill someone. Certainly, she played a different role in the conspiracy that's charged. She was a straw purchaser, while Mr. Bridges was a facilitator who had access to a serious amount of guns. Ms. Cease-Matthews is charged with purchasing a quantity of guns and then turning them over to others in the conspiracy. So certainly, the nature and the circumstances of her offense are different than Mr. Bridges. She has no record. She has- He has no record either. True, but she has no arrest record, while Mr. Bridges has an arrest record that includes the Georgia case that we put forth before Judge Ross. Was her bail set, were the conditions of bail in her case established substantially before Mr. Bridges? I mean, what explains the difference? They were not- Were there different judicial officers? No, I believe Judge Ross set both. Judge Ross did both. Yes, and they were not significantly different in timing, though I'm sorry, I don't have the exact- Substantially the same record. It's the same record. I mean, it's a different record because we offered evidence of Ms. Cease-Matthews' involvement and her involvement in the conspiracy, which is different than Mr. Bridges. Obviously, Judge Ross drew different inferences or at least different conclusions about these two defendants. Sure, Judge, and I would imagine that Judge Ross also took into account the Bloods gang membership. As the court has recognized, it's a dangerous gang that participates and enacts revenge against rivals by violence, so coupled with his access to guns and the plot to kill rivals. And she is not a member of the Bloods, or I guess it's a- No. Discriminatory, or it discriminates on the basis of sex? It's an all-male club. No, no, Judge, I think they allow women. They couldn't exist at Harvard College anymore. Yeah. They wouldn't be eligible for Rhodes Scholarship. Yes, they take everyone, but not Ms. Cease-Matthews. I can understand easily the argument that this particular bail package is insufficient, because your knowledge might get refined as the case evolves. But I do not understand the proposition that there is no condition of release that can secure- that there are no conditions at all that could secure this man's release. He may not be able to meet them, but that's an issue for a different day. I mean, what's the argument that there are none at all? There are no conceivable conditions that would satisfy. I don't get that. Practically speaking, Your Honor, limiting somebody to home confinement or detention would permit them to talk to other- We've crossed that. We've let the head of organized crime families out on bail. We let Gotti out on bail. Your office let Gotti, the judge in the Eastern District, let John Gotti out on bail in a case you were bringing. Certainly, this man is not as dangerous as some notorious organized crime figures. Maybe not, Your Honor, but I- I let his son out on bail, John Gotti Jr. Well, I- At the government's, the government acceded to a bail package. All I can say, Judge, is the review of Judge Ross's, Judge Ross is entitled to find the factors that she found. She was appropriate, and it was not clear or error for her to find, as she did, that the combination of the conditions in this case warranted detention, and that he presented a danger. What do you say to your adversaries' argument that the Bloods may be dangerous, but there's a sort of social auxiliary that just sort of fashionable and not participating, and with members that do not participate in crime? I say that the Bloods is a dangerous street gang that perpetrates significant violence. I imagine that there are members that do not commit acts of violence here and there, or members that claim to be Bloods members when they are not, in fact, Bloods members for purposes of advancing a public persona in some way. But at its core, the Bloods is a violent gang. This is one who shot his brother-in-law. This defendant is one who shot his brother-in-law, that's right, Judge. And has never been convicted of a crime. He has not. Thank you. Thank you. We will reserve decision.